CLARK HILL LLP
Myriah V. Jaworski (SBN 336898)
mjaworski@clarkhill.com
505 Montgomery Street, 13th Floor
San Francisco, CA 94111
Telephone:  (619) 557-0404
Facsimile:   (619) 557-0460

Attorneys for Defendant Interplay Learning, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOREST ALLEN,  individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERPLAY LEARNING, INC., a Delaware Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 3:25-cv-08628-JCS<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT SMARTE, INC. TO RESPOND TO COMPLAINT**<br><br>Assigned to: Hon. Joseph C. Spero<br><br>Complaint filed: 10/08/2025 |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Forest Allen ("Plaintiff") and Defendant Interplay Learning, Inc. ("Defendant") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

WHEREAS, on October 8, 2025, Plaintiff filed a Complaint;

WHEREAS, Defendant was served on October 17, 2025, and its response to the Complaint is currently due on or before November 7, 2025;

WHEREAS, Defendant's undersigned counsel was recently retained and requests this time to investigate the claim, prepare an appropriate responsive pleading, and confer with Plaintiff's counsel about potential resolution;

WHEREAS, this is Defendant's first request for an extension, the extension is sought in good faith, and will not prejudice any party; and

WHEREAS, the parties have met and conferred and agree that good cause exists to extend the time for Defendant to respond to the Complaint;

NOW, THEREFORE, IT IS STIPULATED by and between the parties, through their respective counsel, that Defendant shall have an extension of time to respond to the Complaint through and including December 8, 2025.

Dated:  November 6, 2025                    CLARK HILL LLP


By:  */s/ Myriah Jaworski*
      Myriah V. Jaworski

Attorneys for Defendant Interplay Learning, Inc.


Dated:  November 6, 2025                    TAULER SMITH, LLP


By:  */s/ Robert Tauler*
      Robert Tauler
      J. Evan Shapiro


Attorneys for Plaintiff Forest Allen

2                                  CASE NO.:  3:25-CV-08628-JCS

## <u>ATTESTATION OF CONSENT TO FILING</u>

In accordance with Civil L.R. 5-1 (i)(3), I attest that all other signatories listed in this document, and on whose behalf this filing is submitted, concur in the filings' contents, and have authorized the filing.

Dated: November 6, 2025                    By:   _/s/ Myriah Jaworski_
                                                          Myriah Jaworski

CASE NO.:  3:25-CV-08628-JCS
STIPULATION TO EXTEND TIME FOR DEFENDANT INTERPLAY LEARNING, INC.
TO RESPOND TO COMPLAINT